# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DANIEL Z. MALDONADO and
BRANDON C. ARMSTRONG ,

       Petitioners,

   v.

BRADLEY HOMPE, Warden,
STANLEY CORRECTIONAL INSTITUTION
and WISCONSIN DEPARTMENT OF
CORRECTIONS,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-308-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
Joel Turner, Acting Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____9/23/08_____
Date